# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

PHH MORTGAGE CORPORATION,     :   No. 577 MAL 2022

          Respondent           :

                               :   Petition for Allowance of Appeal

                               :   from the Order of the Superior Court

         v.                       :

                               :

KENNETH TAGGART,                :

                               :

         Petitioner            :

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 10th day of May, 2023, the Petition for Allowance of Appeal is **DENIED**.  Petitioner's Request for Waiver of Reproduced Record is hereby **DISMISSED** as moot.